No. 93–144. DEPARTMENT OF REVENUE OF MONTANA *v.* KURTH RANCH ET AL. C. A. 9th Cir. [Certiorari granted, 509 U. S. 953.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 93–445. BEECHAM *v.* UNITED STATES; and JONES *v.* UNITED STATES. C. A. 4th Cir. [Certiorari granted, *ante,* p. 975.] Motion of petitioner Kirby Lee Jones for leave to proceed further herein *in forma pauperis* granted.

No. 93–5770. STANSBURY *v.* CALIFORNIA. Sup. Ct. Cal. [Certiorari granted, *ante,* p. 943.] Motion for appointment of counsel granted, and it is ordered that Robert M. Westberg, Esq., of San Francisco, Cal., be appointed to serve as counsel for petitioner in this case.

No. 93–6261. MCMANUS ET AL. *v.* HOUSING AUTHORITY OF THE CITY OF ENGLEWOOD ET AL. C. A. 3d Cir.;

No. 93–6328. FEE *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 3d Cir.;

No. 93–6438. COKER *v.* GEORGIA ET AL. C. A. 11th Cir.; and

No. 93–6441. COKER *v.* GEORGIA ET AL. C. A. 11th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until December 27, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

No. 93–6878. YOUNG *v.* STEPANIK ET AL. C. A. 3d Cir. Motion of petitioner to expedite consideration of petition for writ of certiorari denied.

No. 93–6714. IN RE HARRIS. Petition for writ of habeas corpus denied.

No. 93–5619. IN RE SANDERS. Petition for writ of mandamus denied.

No. 93–6475. IN RE STEEL. Petition for writ of mandamus and/or prohibition denied.

No. 93–397. ASSOCIATED INDUSTRIES OF MISSOURI ET AL. *v.* LOHMAN, DIRECTOR OF REVENUE OF MISSOURI, ET AL. Sup. Ct. Mo. Certiorari granted.